175 A.3d 156

AURORA LOAN SERVICES, LLC, PLAINTIFF–RESPONDENT, v. PEDRO L. PEREZ, HIS HEIRS, DEVISEES AND PERSONAL REPRESENTATIVES AND HIS SUCCESSORS IN RIGHT, TITLE AND INTEREST, MRS. PEREZ, WIFE OF PEDRO L. PEREZ, HER HEIRS, DEVISEES, AND PERSONAL REPRESENTATIVES, DEFENDANTS–PETITIONERS, AND CITIBANK AND FEDERAL SAVINGS BANK, DEFENDANTS.

C–234 September Term 2017
079808

October 26, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003184–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.